UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Interested London Underwriters as subrogee of Corus America, Inc.,
**Plaintiff**
-v-
M/V "GENCO WISDOM," her engines, boilers, etc. in rem; GENCO SHIPPING & TRADING LIMITED; GENCO SHIP MANAGEMENT LLC; VOC SHIPHOLDINGS B.V.; VOC STEEL SERVICES, B.V.; and CLIPPER BULK (USA) INC., in personam,

**Defendant**

---

JUDGE BUCHWALD

Case No. 07 CV 3044

**Rule 7.1 Statement**

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Interested London Underwriters (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

   NONE.

RECEIVED APR 16 2007 U.S.D.C. S.D.N.Y. CASHIERS

Date: 4/16/07

Signature of Attorney
David Y. Loh
Attorney Bar Code: DL 0460

Form Rule7_1.pdf