UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07 CV 3044

---

INTERESTED LONDON UNDERWRITERS AS SUBROGEE OF CORUS AMERICA, INC.
, Plaintiff(s)

- against -

M/V "GENCO WISDOM," HER ENGINES, BOILERS, ETC., IN REM; GENCO SHIPPING & TRADING LIMITED; GENCO SHIP MANAGEMENT LLC; VOC SHIPHOLDINGS B.V.; VOCXSTEEL SRERVICES, B.V.; AND CLIPPER BULK (USA) INC., IN PERSONAM,
, Defendant(s)

---

State of New York     )
                      ) SS.:
County of New York    )

### AFFIDAVIT OF SERVICE

Johnysha Santana being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 05/29/2007 at 3:39 PM at:
  GENCO SHIP MANAGEMENT LLC
  299 PARK AVENUE - 20TH FLOOR
  NEW YORK NY 10171
Deponent served the:

SUMMONS IN A CIVIL CASE AND VERIFIED COMPLAINT

on GENCO SHIP MANAGEMENT LLC

a domestic and/or foreign corporation
by delivering thereat a true copy to Steve Vassilakis
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Operations Manager and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 56  HEIGHT: 5'4''  WEIGHT: 250  HAIR: GREY  RACE: WHITE  SEX: MALE

Johnysha Santana   License #1255401
OUR DOC# 18224
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
202888

SWORN TO BEFORE ME 5/29/07

James McCoy III
Notary Public State of New York
No. 01MC6144940
Qualified in Broome County
Commission Expires 05/01/2010