**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERESTED LONDON UNDERWRITERS as subrogees of CORUS AMERICA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> M/V "GENCO WISDOM," her engines, boilers, etc., <u>in rem</u>; GENCO SHIPPING & TRADING LIMITED; GENCO SHIP MANAGEMENT LLC; VOC SHIPHOLDINGS B.V.; VOC STEEL SERVICES, B.V.; and CLIPPER BULK (USA) INC., <u>in personam</u>, <br><br> Defendants. | 07 CV 3044 (NRB) (THK) <br><br> <u>GENCO DEFENDANTS'</u> <br><br> <u>RULE 7.1 STATEMENT</u> |

  PLEASE TAKE NOTICE that GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for Defendants, GENCO SHIPPING & TRADING LIMITED and GENCO SHIP MANAGEMENT LLC., hereby certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of GENCO SHIPPING & TRADING LIMITED and GENCO SHIP MANAGEMENT LLC.

Dated: New York, NY

June __7__, 2007

Respectfully submitted,

MAHONEY & KEANE, LLP
Attorneys for Defendants
**GENCO SHIPPING & TRADING LIMITED** and **GENCO SHIP MANAGEMENT LLC**

By: _____
Garth S. Wolfson (GW 7700)
111 Broadway, 10th Floor
New York, NY 10006
Tel (212) 385-1422
Fax (212) 385-1605
Our File No. 19/3398/B/07/4

## SERVICE LIST

COZEN O'CONNOR
Attorneys for Plaintiff
45 Broadway Atrium, 16th Floor
New York, NY 10006
Tel (212) 509-9400
Fax (212) 509-9492

Attn: David Loh, Esq.

VOC STEEL SERVICES B.V.
Westerlaan 10
3016 CK Rotterdam
The Netherlands

VOC SHIPHOLDINGS B.V.
Wilhelminatore
Wilhelminaplein 28
3072 DE Rotterdam
The Netherlands

CLIPPER BULK (USA) INC.
Five Stamford Landing
78 Southfield Avenue
Stamford, CT 06902