COZEN O'CONNOR
David Y. Loh (DL 0460)
45 Broadway Atrium, 16th Floor
New York, N.Y. 10006-3792
212-509-9400

Attorneys for Plaintiff
INTERESTED LONDON UNDERWRITERS
as subrogee of Corus America, Inc.
File: 202888

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERESTED LONDON UNDERWRITERS as
subrogee of Corus America, Inc.

                Plaintiffs,

  - against -

M/V "GENCO WISDOM", her engines,
boilers, etc., et al.,

                Defendants.

07 Civ. 3044 (NRB)

STIPULATION OF
DISCONTINUANCE

---

        WHEREAS, suit was filed on or about April 17, 2007;

        WHEREAS, defendants GENCO SHIPPING & TRADING LIMITED and GENCO SHIP MANAGEMENT LLC joined issue on or about June 7, 2007;

        WHEREAS, defendants VOC SHIPHOLDINGS B.V.; VOC STEEL SERVICES, B.V. and CLIPPER BULK (USA) INC. have not answered or otherwise appeared in this action;

        IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff INTERESTED LONDON UNDERWRITERS as subrogee of Corus

1

America, Inc. and defendants GENCO SHIPPING & TRADING LIMITED and GENCO SHIP MANAGEMENT LLC, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that any and all claims, cross claims, counterclaims and third party claims in the above-referenced action be, and the same hereby is, discontinued with prejudice and without costs as against any party.

Dated:     New York, New York
           July 24, 2007

| | |
|---|---|
| COZEN O'CONNOR<br>Attorneys for Plaintiffs<br>INTERESTED LONDON UNDERWRITERS as<br>subrogee of Corus America, Inc.<br><br>By: _____<br>David Y. Loh (DL 0460)<br>45 Broadway Atrium, 16th Floor<br>New York, New York  10006-3792<br>212-509-9400<br>File:  202888 | MAHONEY & KEANE LLP<br>Attorneys for Defendants<br>GENCO SHIPPING & TRADING<br>LIMITED and GENCO SHIP<br>MANAGEMENT LLC<br><br>By: _____<br>Garth S. Wolfson (GW 7700)<br>111 Broadway, 10th Floor<br>New York, New York  10006<br>(212) 385-1422<br>File:  19/3398/B/07/4 |

SO ORDERED:

_____
U.S.D.J.
Dated: July 26, 2007